**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00725-CV

### IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97715CC**

## ORDER

Before the Court is appellant's August 6, 2018 first unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 6, 2018. As this is an accelerated appeal in a parental termination case, further extension requests will be disfavored.

/s/     DAVID EVANS
        JUSTICE